1   WO

2

3

4

5

6

7                      **UNITED STATES DISTRICT COURT**

8                          **DISTRICT OF ARIZONA**

Jarrod and Melissa Moreland, husband and wife,)
9                                              )        CV 05-480 TUC DCB
                   Plaintiff,                  )
10  v.                                         )
                                               )
11  Ronald J. Barrette, D.O., et al.,          )        **ORDER**
                                               )
12                 Defendants.                 )
    _____)

13

14          On November 1, 2006, after oral argument, this Court held in abeyance Defendants'

15  motion to dismiss this action for Plaintiff's failure to file a preliminary expert affidavit

16  pursuant to A.R.S. § 2603, and granted Plaintiff leave to file the affidavit.

17          On November 17, 2006, Plaintiff filed the affidavit.  Now, Defendants object to the

18  expert's qualifications to make the affidavit and the sufficiency of his affidavit to satisfy

19  A.R.S. § 2603.

20          Plaintiff filed an opposition to the renewed motion to dismiss, arguing that it is

21  frivolous and that A.R.S. § 12-2603 is not intended to be an arsenal of technicalities to

22  launch a mini-industry of satellite litigation.  This Court agrees.  It has reviewed the affidavit

23  and the expert's credentials and finds that the requirements of  A.R.S. § 2603 have been met.

24          **Accordingly,**

25          **IT IS ORDERED** that the Defendant's Motion to Dismiss (document 41) and the

26  renewed Motion to Dismiss (document 95) are DENIED.

27  /////

28  /////

1   **IT IS FURTHER ORDERED** that Plaintiff is granted leave to file the Amendment

2   to Its Opposition to Defendant Barrette's Motion for Summary Judgment (document 102).

3   DATED this 14th day of December, 2006.

4

5

6

7   _____

8   David C. Bury
    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                          2